IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

——————————————————————/

Case No.  23-md-03084-CRB

**ORDER RELATING CASES**

This Order Relates To:

23-cv-04372-AMO

23-cv-04385-AMO

23-cv-03966-AMO

23-cv-04393-JST

23-cv-04388-JSW

23-cv-04010-JD

23-cv-04011-MMC

23-cv-04008-JD

23-cv-04371-JD

23-cv-04387-VC

23-cv-03807-VC

23-cv-04014-JD

23-cv-03973-CRB

23-cv-04373-CRB

23-cv-04369-AGT

 23-cv-04368-JSW

23-cv-04365-VC

1  23-cv-04366-AGT

2  23-cv-03811-JSW

3  23-cv-03816-JSW

4  23-cv-04370-JD

5          Pursuant to Northern District of California Civil Local Rule 3-12, the Court finds

6  that the above-captioned cases are related to In re: Uber Technologies, Inc., Passenger

7  Sexual Assault Litigation, Case No. 23-md-3084.  Accordingly, the above-captioned cases

8  shall be reassigned to this Court.

9

10         **IT IS SO ORDERED.**

11         Dated: October 20, 2023

12                                                      CHARLES R. BREYER
                                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California